21-04591MB

**AFFIDAVIT**

I, William P. Akins, a Postal Inspector with the United States Postal Inspection Service (USPIS), being duly sworn, depose and state:

**INTRODUCTION:**

1. I am a Postal Inspector with the United States Postal Inspection Service, in Tucson, AZ, and have been employed as such since February of 2019. Since February of 2019, I have been stationed at the Tucson, Arizona office of the Phoenix Division. I attended the fourteen-week training course at the United States Postal Inspection Service Academy in Potomac, Maryland. There I received training related to violations of federal law including assaults, robberies, and criminal investigations of narcotics trafficking via the United States Mail. Prior to becoming a Postal Inspector, I was employed as a United States Border Patrol Agent for approximately 13 years. Throughout my law enforcement career, I have had extensive training and experience investigating a variety of criminal violations including controlled substances. During my almost 16-year career as a Federal Law Enforcement Officer, I have been involved in numerous criminal investigations which have resulted in arrests, recovery of evidence and seizure of property. I have also written and executed numerous search warrants resulting in the seizure of thousands of dollars and controlled substances.

**DESCRIPTION OF SUBJECT PARCELS:**

2. This affidavit is made in support of an Application and Affidavit for Search Warrant for two United States Postal Service (USPS) Priority Mail Express

parcels.  The first parcel has Tracking Number EJ 944 891 950 US, bearing $26.35 in postage, postmarked from Tucson, AZ 85710.   It bears a return address of "Darius Martin, 7334 E. Cross ridge Pl, Tucson, AZ 85710" and is addressed to "Justin Duarte, 9821 Summerwood Cir, Apt. 102, Dallas, TX 75243".  The parcel consists of a white, USPS Priority Mail Express Flat Rate envelope, weighing approximately 6 ounces and measuring approximately 12" X 9".   It is hereafter referred to as "SUBJECT PARCEL 1".

3. The second parcel has Tracking Number EI 083 471 257 US, bearing $26.35 in postage, postmarked from Tucson, AZ 85710.   It bears a return address of "Darius Martin, 7334 E. Cross Ridge Pl, Tucson, AZ 85710" and is addressed to "Anthony Clark, 2545 14th St S, Apt 308, Fargo, ND 58103".  The parcel consists of a white, USPS Priority Mail Express Flat Rate envelope, weighing approximately 10 ounces and measuring approximately 12" X 9".   It is hereafter referred to as "SUBJECT PARCEL 2".

**BACKGROUND ON USPS DRUG INTERDICTION NEAR THE SOUTHWEST BORDER AND THE USPS DRUG MAIL PROFILING PROGRAM:**

4. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors who also specialize in investigations relating to the mailing of controlled substances and the proceeds from the sale of controlled substances, I am aware that the southwestern international border is a leading area for the entry of controlled substances from Mexico into the U.S. Based on the large quantities of controlled substances entering southern

Arizona, controlled substances are frequently transported from southern Arizona via the United States Mail to areas across the United States and Puerto Rico. It is also common for the proceeds from the sale of the controlled substances to be sent to southern Arizona via the United States Mail. By using the U.S. Mail to ship controlled substances, these drug traffickers put unknowing postal employees who handle and deliver those mailings at risk.

5. Based on the frequent use of the United States Mail for the shipment of controlled substances from southern Arizona, Postal Inspectors in Tucson and other locations near the southwest border routinely observe inbound and outbound mail articles for suspicious characteristics common to mailings of drugs and drug proceeds. While there are many characteristics that experienced inspectors look for, the most common characteristics found are:

   a. Suspected parcels are mailed to or from known drug destination areas, primarily the large metropolitan areas in United States and Puerto Rico.

   b. The sender names and addresses on drug or drug proceeds parcels routinely contain misspellings, incomplete, inaccurate, unauthorized and/or fictitious information.

   c. A tracking number is used to provide the trafficker the ability to track the parcel's progress to the point of delivery.

   d. The postage was paid with cash which leaves no trail identifying the mailer.

6. Parcels found to meet some or all of the suspicious characteristics described in subsections "a" through "d" of this paragraph are further investigated by Postal Inspectors.

**INVESTIGATIVE DETAILS:**

7. On September 10, 2021, I was notified by a USPS supervisor of two suspicious parcels that were mailed from the Rincon Post Office in Tucson, Arizona destined for Fargo, North Dakota and Dallas, Texas. The supervisor informed me she believed these parcels were related to previous parcels I had seized which were found to contain fentanyl. The same male subject mailed the SUBJECT PARCELS approximately 15 minutes apart. The first time he attempted to mail one of the parcels, he did not have the correct address and went outside. He returned a few minutes later with a valid address. He paid for the postage with cash. I asked the supervisor to have the parcels held for inspection. On September 13, 2021, I obtained the parcels and found the parcels to have the following characteristics common to drug parcels, namely:

   a. They were mailed from Tucson, Arizona which is an area I know to be a source area for narcotics that are often shipped across the country.

   b. The parcels had tracking numbers. From my experience, I know that nearly all drug and drug proceeds parcels bear tracking numbers allowing the sender and receiver to track the progress of the shipment from origination to destination.

   c. There were no telephone numbers listed on the mailing labels for either the sender or addressee. In my experience, legitimate mailers

who use the USPS Priority Mail Express service regularly include telephone numbers in the spaces provided on the label because they paid a premium price for the service and want to be contacted to help facilitate a timely delivery should a problem arise. In my experience, Priority Mail Express parcels that I have seized drugs and/or drug proceeds from bore either no telephone numbers or listed fictitious telephone numbers.

d. The postage for the parcels were paid for in cash.

8. On September 13, 2021, I accessed "Thomson Reuters CLEAR" to check for records of the names and addresses listed on the SUBJECT PARCELS. Thomson Reuters CLEAR is an online service that provides an extensive collection of public records used primarily by corporate security departments and law enforcement agencies nationwide for investigative purposes. Both addresses were verified for mail delivery however, there were no current records associating the sender or addressee names with the corresponding addresses listed on the SUBJECT PARCELS.

9. Canine Examination:

a. On September 13, 2021, at approximately 9:48 a.m., I met with Supervisory Border Patrol Agent Canine Handler Karl Tyler and his canine partner Timi. Agent Tyler's canine is trained and certified to detect the odors of marijuana, heroin, cocaine, methamphetamine and their derivatives. I placed the SUBJECT PARCELS in a cleared area for examination by Agent Tyler and Timi. Agent Tyler informed me

at approximately 9:55 a.m. that Timi alerted to the SUBJECT PARCELS, indicating the presence of narcotics or a controlled substance, or other evidence with an odor of narcotics or a controlled substance within the parcel.

10. Based on the facts set forth in this affidavit, I believe there is probable cause to show that the parcel contains controlled substances and/or proceeds from the sale of controlled substances, constituting evidence of violations of Title 21, United States Code, Sections 841 (a) (1), Possession with Intent to Distribute a Controlled Substance, and 843 (b), Unlawful Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance.

*William P. Akins*

William P. Akins
United States Postal Inspector

Subscribed and sworn to me telephonically on
This 13th day of September, 2021

*Maria S. Aguilera*
Maria S. Aguilera
UNITED STATES MAGISTRATE JUDGE